IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

---------------------------------------------------------- x
ISLET SCIENCES, INC., :
:
    Plaintiff, :
:
v. :
:
AVOLYNT, INC., BRIGHTHAVEN : 5:19-CV-145-D
VENTURES, LLC, WILLIAM WILKISON, :
and JAMES GREEN, :
:
    Defendants. :
:
And :
:
AVOLYNT, INC., BRIGHTHAVEN :
VENTURES, LLC, WILLIAM WILKISON, :
and JAMES GREEN, :
:
    Third-Party Plaintiffs, :
:
v. :
:
ISLET SCIENCES, INC., JOHN F. STEEL, :
IV., LARRY K. ELLINGSON, JAMES A. :
HARPER, RICHARD D. PILNIK, EUGENE :
M. MANNHEIMER, and GARY R. :
KEELING :
:
    Counterclaim/Third-Party Defendants. :
---------------------------------------------------------- x

## ORDER GRANTING PLAINTIFF
## ISLET SCIENCES INC. AND THIRD-PARTY DEFENDANTS'
## MOTION TO COMPEL

THIS MATTER came before the Court on the Motion of Plaintiff Islet Sciences, Inc. ("Islet") and Third-Party Defendants Islet, Steel, Ellingson, Harper, Pilnik, Mannheimer, and Keeling (collectively, the "Islet Parties") to Compel Full and Complete Discovery Responses

(ECF No. 134). After considering the matters set forth in the Motion and accompanying Memorandum in Support (ECF No. 135), and Defendants' Memorandum in Opposition (ECF No. 141), the Court ORDERS Defendants AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN to provide full and complete responses to the Islet Parties' Requests for Production Nos 2, 4, 5, 7-12, 14 and 17-25, and Interrogatories 1-10 and 12 because the information sought is central to the Islet Parties' claims and defenses and Defendants have failed to show that the discovery is disproportionate to the claims and defenses of the case or overly burdensome to produce.

SO ORDERED. This the 4 day of February, 2021.

Dever
James C. Dever III
United States District Judge