IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

```
------------------------------------------------------- x
ISLET SCIENCES, INC.,                                   :
                                                        :
     Plaintiff,                                         :
                                                        :
  v.                                                    :
                                                        :
AVOLYNT, INC., BRIGHTHAVEN                              :   5:19-CV-145-D
VENTURES, LLC, WILLIAM WILKISON,                        :
and JAMES GREEN,                                        :
                                                        :
     Defendants.                                        :
                                                        :
And                                                     :
                                                        :
AVOLYNT, INC., BRIGHTHAVEN                              :
VENTURES, LLC, WILLIAM WILKISON,                        :
and JAMES GREEN,                                        :
                                                        :
     Third-Party Plaintiffs,                            :
                                                        :
  v.                                                    :
                                                        :
ISLET SCIENCES, INC., JOHN F. STEEL,                    :
IV., LARRY K. ELLINGSON, JAMES A.                       :
HARPER, RICHARD D. PILNIK, EUGENE                       :
M. MANNHEIMER, and GARY R.                              :
KEELING                                                 :
                                                        :
     Counterclaim/Third-Party Defendants.               :
------------------------------------------------------- x
```

## JOINT STATUS REPORT RE SETTLEMENT DISCUSSIONS

Pursuant to the Court's Order [ECF No. 158], Plaintiff/Counterclaim Defendant Islet Sciences, Inc.; Third-Party Defendants John Steel, Larry Ellingson, James Harper, Richard Pilnik, Eugene Mannheimer, and Gary Keeling; and Defendants Avolynt, Inc., Brighthaven Ventures LLC, James Green, and William Wilkison (collectively, the "Parties"), provide the following joint status report regarding settlement discussions:

Since the Court's Order, settlement discussions have continued by (1) electronic mail; and (2) through a principals-only in-person meeting of the Parties. As a result of those discussions, the Parties have now scheduled formal mediation on December 10, 2021.

Additionally, the Parties have agreed to request, by separate joint motion, a further extension of case deadlines to facilitate their continued discussions.

Dated: November 22, 2021

Respectfully submitted,

/s/ Alec P. Harris
Alec P. Harris

Francisco A. Villegas
ARMSTRONG TEASDALE LLP
919 Third Ave, 37th Floor
New York, NY 10022
Phone: (212) 209-4436
*fvillegas@atllp.com*

Charles W. Steese
IJay Palansky
Alec P. Harris
ARMSTRONG TEASDALE LLP
4643 S. Ulster St. Ste. 800
Denver, CO 80237
Phone: (720) 200-0676
*csteese@atllp.com*
*ipalansky@atllp.com*
*aharris@atllp.com*

*Counsel for Plaintiff/Counterclaim Defendant Islet Sciences, Inc. and Third-Party Defendants John F. Steel, IV, Larry K. Ellingson, James A. Harper, Richard D. Pilnik, Eugene M. Mannheimer, and Gary R. Keeling*

/s/ Robert C. Van Arnam
Robert C. Van Arnam
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
*rvanarnam@williamsmullen.com*

*Rule 83.1 Counsel for Counsel for Plaintiff/Counterclaim Defendant Islet Sciences, Inc. and Third-Party Defendants John F. Steel, IV, Larry K. Ellingson, James A. Harper, Richard D. Pilnik, Eugene M. Mannheimer, and Gary R. Keeling*


PARRY LAW, PLLC

/s/ K. Alan Parry
K. Alan Parry (North Carolina State Bar No. 31343)
100 Europa Drive, Suite 351
Chapel Hill, NC 27517
Telephone: (919) 913-3320
Fax: (919) 869-2600
E-mail: kap@parryfirm.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Avolynt, Inc., Brighthaven Ventures, LLC, William Wilkison, and James Green*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served on all counsel of record via the CM/ECF system.


Dated: November 22, 2021

                                                             By: */s/ Marina Brainerd*
                                                                Marina Brainerd