IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ISLET SCIENCES, INC., | |
|     Plaintiff, | |
|   v. | |
| AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN, | 5:19-CV-145-D |
|     Defendants. | |
| And | |
| AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN, | |
|     Third-Party Plaintiffs, | |
|   v. | |
| ISLET SCIENCES, INC., JOHN F. STEEL, IV., LARRY K. ELLINGSON, JAMES A. HARPER, RICHARD D. PILNIK, EUGENE M. MANNHEIMER, and GARY R. KEELING | |
|     Counterclaim/Third-Party Defendants. | |

**JOINT STATUS REPORT RE SETTLEMENT DISCUSSIONS**

Pursuant to the Court's Order [ECF No. 161], Plaintiff/Counterclaim Defendant Islet Sciences, Inc.; Third-Party Defendants John Steel, Larry Ellingson, James Harper, Richard Pilnik, Eugene Mannheimer, and Gary Keeling; and Defendants Avolynt, Inc., Brighthaven Ventures LLC, James Green, and William Wilkison (collectively, the "Parties"), provide the following joint status report regarding settlement discussions:

Since the Court's Order, the Parties participated in in-person mediation before Hon. James Gale in Raleigh, North Carolina on December 10, 2021. As a result of those discussions, the Parties have now agreed to a second mediation session before Judge Gale to take place on January 21, 2022.

Additionally, the Parties have agreed to request, by separate joint motion, a further extension of case deadlines to facilitate their continued discussions.

Dated: January 6, 2022

Respectfully submitted,

*/s/ Alec P. Harris*
Alec P. Harris

Francisco A. Villegas
ARMSTRONG TEASDALE LLP
919 Third Ave, 37th Floor
New York, NY 10022
Phone: (212) 209-4436
*fvillegas@atllp.com*

Charles W. Steese
IJay Palansky
Alec P. Harris
ARMSTRONG TEASDALE LLP
4643 S. Ulster St. Ste. 800
Denver, CO 80237
Phone: (720) 200-0676
*csteese@atllp.com*

ipalansky@atllp.com
aharris@atllp.com

*Counsel for Plaintiff/Counterclaim Defendant Islet Sciences, Inc. and Third-Party Defendants John F. Steel, IV, Larry K. Ellingson, James A. Harper, Richard D. Pilnik, Eugene M. Mannheimer, and Gary R. Keeling*

/s/ Robert C. Van Arnam
Robert C. Van Arnam
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4055
Facsimile: (919) 981-4300
rvanarnam@williamsmullen.com

*Rule 83.1 Counsel for Counsel for Plaintiff/Counterclaim Defendant Islet Sciences, Inc. and Third-Party Defendants John F. Steel, IV, Larry K. Ellingson, James A. Harper, Richard D. Pilnik, Eugene M. Mannheimer, and Gary R. Keeling*


PARRY LAW, PLLC

/s/ K. Alan Parry
K. Alan Parry (North Carolina State Bar No. 31343)
100 Europa Drive, Suite 351
Chapel Hill, NC 27517
Telephone: (919) 913-3320
Fax: (919) 869-2600
E-mail: kap@parryfirm.com

*Attorneys for Defendants/Counterclaim-Plaintiffs Avolynt, Inc., Brighthaven Ventures, LLC, William Wilkison, and James Green*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record via the CM/ECF system.

Dated: January 6, 2022

By: <i>/s/ Marina Brainerd</i><br>Marina Brainerd

4

Case 5:19-cv-00145-D   Document 163   Filed 01/06/22   Page 4 of 4