IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-145-D

| | |
|---|---|
| ISLET SCIENCES, INC., | |
| Plaintiff, | |
| v. | |
| AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN, | |
| Defendants. | ORDER GRANTING JOINT MOTION TO STAY DEADLINES |
| and | |
| AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN, | |
| Counterclaim/Third-Party Plaintiffs, | |
| v. | |
| ISLET SCIENCES, INC., JOHN F. STEEL, IV., LARRY K. ELLINGSON, JAMES A. HARPER, RICHARD D. PILNIK, EUGENE M. MANNHEIMER, and GARY R. KEELING | |
| Counterclaim/Third-Party Defendants. | |

THIS MATTER came before the Court on the parties' Joint Motion to Stay Deadlines. After considering the matters set forth in the Joint Motion, the Court finds that, for good cause shown and with the consent of all parties, the Joint Motion should be ALLOWED; and

1

IT IS THEREFORE ORDERED that all case deadlines are stayed to allow the parties to explore and potentially complete the proposed transaction described in the Joint Motion, which transaction would resolve the disputed issues raised by Islet's Motion for Leave to Supplement its Complaint (DE 220) ("Motion for Leave"); and

IT IS FURTHER ORDERED that, on or before March 31, 2023, the parties shall either file a joint motion to withdraw the Motion for Leave or a joint status report explaining why a joint motion to withdraw the Motion for Leave cannot then be filed.

SO ORDERED. This the 27 day of March, 2023.

JAMES C. DEVER III
United States District Judge