IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-145-D

ISLET SCIENCES, INC., )
)
                Plaintiff, )
)
v. )    **ORDER**
)
AVOLYNT, INC., )
BRIGHTHAVEN VENTURES, LLC, )
WILLIAM WILKERSON, and )
JAMES GREEN, )
)
                Defendants. )

On May 16, 2023, the court granted plaintiff's motion for leave to file a third amended complaint [D.E. 245]. On May 19, 2023, defendants moved for the court to reconsider its order and allow for additional briefing on plaintiff's motion for leave [D.E. 250]. On May 23, 2023, plaintiff responded in opposition [D.E. 254]. On May 26, 2023, defendants replied [D.E. 257].

The court has reviewed the arguments in light of the governing standard. Given the arguments, the record, and the governing law, the court finds that additional briefing regarding plaintiff's motion for leave to amend would not change the court's decision to grant leave to amend. See [D.E. 245]. The court also finds that denying defendants' motion for reconsideration would not constitute manifest injustice against defendants. Thus, the court will not reconsider its order at of May 16, 2023, and the court denies defendants' motion for reconsideration [D.E. 250].

SO ORDERED. This 16 day of June, 2023.

                                            JAMES C. DEVER III
                                            United States District Judge