IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN
DIVISION
No. 5:19-CV-145-D

| | |
|---|---|
| ISLET SCIENCES, INC., | : |
| Plaintiff, | : |
| v. | : |
| AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN, | : |
| Defendants. | : |
| and | : **ORDER ON MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. RULE 25(a)** |
| AVOLYNT, INC., BRIGHTHAVEN VENTURES, LLC, WILLIAM WILKISON, and JAMES GREEN, | : |
| Counterclaim Plaintiffs, | : |
| v. | : |
| ISLET SCIENCES, INC., JOHN F. STEEL, IV., LARRY K. ELLINGSON, JAMES A. HARPER, RICHARD D. PILNIK, EUGENE M. MANNHEIMER, and GARY R. KEELING | : |
| Counterclaim Defendants. | : |

THIS MATTER came before the Court on the Motion for Substitution Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure filed by Defendants and Counterclaim Plaintiffs Avolynt, Inc., Brighthaven Ventures, LLC, William Wilkison, and James Green.

After considering the matters set forth in the Motion, the Court finds that for good cause shown, the Motion for Substitution should be ALLOWED; and

IT IS THEREFORE ORDERED that the Keeling Estate shall be substituted for Counterclaim Defendant Gary R. Keeling.

SO ORDERED. This the 11 day of July 2023.

                                                             James C. Dever III
                                                            United States District Judge